FILED

AUG 1 6 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Edward Jesse Drey Fuse          3534873

_____        _____

_____        _____

_____        _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                     **CIVIL ACTION NO.** ___2:18-cv-1239___
                               *(Number to be assigned by Court)*

Jim Justice, Governor of West Virginia

AND

Patrick Morrisey, Attorney General of West Virginia

In Their Official and Individual Capacities

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

I.    **Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same
         facts involved in this action or otherwise relating to your imprisonment?

            Yes _____        No ___/___

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs: _____

                         _____

                         _____

        Defendants: _____

                         _____

                         _____

    2.    Court (if federal court, name the district; if state court, name the county);

        _____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

        _____

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

2

**II.**     **Place of Present Confinement:** _N.C.F. moundsville_

   **A.**     Is there a prisoner grievance procedure in this institution?

   _NOT APPliCAble To THis ACTiON_

   Yes _/_                    No _____

   **B.**     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _____            No _/_

   **C.**     If you answer is YES:

   1.     What steps did you take? _____

   _____

   2.     What was the result? _____

   _____

   **D.**     If your answer is NO, explain why not: _____

   _NOT Applicable To This ACTiON_

**III.**     **Parties**

   (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   **A.**     Name of Plaintiff: _Edward Jesse Dreyfuse 3534873_

   Address: _112 N.R.L. DN. moundsville, WV 26041_

   **B.**     Additional Plaintiff(s) and Address(es): _____

   _____

   _____

   _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _Jim Justice_

is employed as: _Governor of W.VA._

at _W.VA. STATE CAPITOL_

D. Additional defendants: _____

_Patrick Morrisey_

_Attorney General of W.VA._

_W.VA. STATE CAPITOL_

**IV. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_To Complex To Present in The limited_
_Space provided - Please Review The_
_Attatched — 1A Thru 21A_

_* This 42 U.S.C. § 1983 is in no_
_way Relating To The Prison System,_
_W.V.D.O.C, or Conditions of_
_Confinement *_

4

IV.　**Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.　**Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

To Complex To Present in limited

Space Provided - please Review

The Attached —

1A Thru 21A

_____

_____

_____

_____

_____

5

**V.      Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____           No ____/____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _I have No money_
_To obtain A Lawyer — Pro se_

C.     Have you previously had a lawyer representing you in a civil action in this court?

Yes _____           No ____/____

If so, state the lawyer's name and address:

_____

_____

Signed this 13ᵗʰ day of AUGUST _____, 20 18.

_____

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/13/2018 _____.
              (Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

EDWARD JESSE DREYFUSE,
   Plaintiff,

Vs.)           Action No: 2:18-cv-1239

Jim Justice, Governor of West Virginia, in his official
and Individual Capacities; and,
Patrick Morrsey, Attorney General of West Virginia,
in his official and Individual Capacities;
   Defendant's

42 U.S.C.S. § 1983 CIVIL ACTION

Comes The Plaintiff, Edward Jesse Dreyfuse,
Pro se, Presenting The instant 42 U.S.C.S. § 1983
Civil Action Against The Above named
Defendant's, Jim Justice and Patrick Morrsey
in Their official and individual Capacities
and notice is hereby served That both of
The Defendant's Are being sued Jointly
And Severally in each of The following
causes for Action As Presented.

NOTICE OF JURY TRIAL DEMAND

Pursuant To The Federal Rules of Civil Procedure,
Rule 38 (a)(b) (1)(2) and (c) Plaintiff
hereby serves The Defendant's written
demand for Jury Trial on All issues
So Triable.

Plaintiff Acknowledges That To establish
a 42 U.S.C. § 1983 Claim he must Prove
That The Defendant's Acted under The color
of State law and deprived him of a
Right secured by The Constitution.

CAUSES FOR ACTION

1) Plaintiff's First Cause of Action Pursuant
To 42 U.S.C. § 1983 is Against Defendant
Jim Justice, Governor of The State
of West Virginia, in his Official
Capacity, As a Person who deprived The
Plaintiff rights secured by The
Constitution while The Defendant
Acted under The color of State law,
And also in his individual capacity
Respectfully;

2 A

# ComPLAINT

Defendant Jim Justice, Governor of The state of West virginia, The duly elected Chief executive officer OF The STATE of West virginia, by The powers confered upon him in The West virginia STATE Constitution, Article VII, § 5, has an Official duty under The Color of STATE law TO TAKe care That The laws be Faithfully executed.

As The language imports, it makes it The Governor's duty To carefully observe The manner in which The Difference of The Government exercize Their proper functions, and execute laws committed To Their Charge, or Failure to perform such duties: and when They Fail To act, or act improperly, if he has The power To remove Them From office, To do so, or if has not, To bring The subject To The Cognizance of The department OF The Government which has The Power To remove or punish Them.

When The Governor Turns a blind eye To Public official misconduct, and refuses To TAKe Appropriate actions for such deeds, he does not discharge his official Duty. and Deprives The Relator Due process of law.

.3 A

Plaintiff presented To The Defendant Governor
a clear concise Prima Facie Showing Supported
by a copy of Original medical Records and
Transcripts of The Proceedings which
undeniably Prove and establish That on
June 19, 2012, The Cabell County west
virginia Public officials, Christopher
Chiles, The Cabell County Prosecuting Attorney,
Sean Hammers, The Cabell County Assistant
Prosecuting Attorney And Ryan Bentley,
A Huntington City Police officer did commit
various Felony offenses, Public official
misconduct, And Fraud upon The Court,
when before a session of The Cabell County
Grand Jury, between The State of west
virginia and Edward Jesse Dreyfuse, The
Defendant in a Grand Jury proceeding
considering a Felony indictment, Christopher
Chiles was in due form of law sworn by
said court to speak The Truth, The whole Truth
and nothing but The Truth, Touching The
matters Then And There in controversy
between The State of west virginia And
Edward Jesse Dreyfuse, whereupon, And upon
said presentment of Complaint before
The Grand Jury considering a Felony indictment,

4 A

It became then and there a material question to said issue upon the Grand Jury proceedings, whether Edward Jesse Dreyfuse did cause the death and murder of Mr. Otis Clay by inflicting injuries resulting in death, and to this material matter, Christopher Chiles under the assistance of Sean Hammers did procure, present and suborn the perjured testimony of Ryan Bentley, who did then and there willfully, falsely, corruptly and feloniously testify and say, in substance and effect, that Mr. Edward Jesse Dreyfuse did beat Mr. Otis Clay with a base ball bat about the head and face... causing multiple facial fractures and a major skull fracture... resulting in Mr. Clay's slipping into a coma until he died as a result of the injuries described as material matters of evidence, whereas, the said Christopher Chiles, Sean Hammers and Ryan Bentley, in truth and in fact, well knew that the said statements and testimony of Ryan Bentley was false, fabricated and impossible according to the state's autopsy report and medical records that were in the state's possession prior to, and during the Grand Jury proceedings,

5 A

The Autopsy Report and medical Records of Mr. Clay
That was in The State's Possession before
and during The Grand Jury proceedings
Clearly show and establish That no multiple
Facial fractures or major skull fracture was
ever inflicted upon, or suffered by mr. Clay,
nor did mr. Clay slip into a coma until he
died as a Result of Those Non-Existing injuries
as was presented as material matters by
Christopher Chiles Suborning The perjured
Testimony of Ryan Bentley, Against The
peace and dignity of The State by Cristopher
Chiles committing The felony offense of
Subornation of perjury pursuant to W-VA-
Code § 61-5-1 (b),


PlaintiFF did request That The Defendant Governor
Jim Justice Take actions against The
Cabell County Public officials for The Criminalized
Official misconduct and malfeasance in office
as was committed by Christopher Chiles, The
Cabell County Prosecuting Attorney, Sean
Hammers, The Assistant Cabell County
Prosecuting Attorney And Ryan Bentley,
The Huntington City Police officer as
afore described.

6 A

West Virginia Constitution, Article 9 § 4 provides specifically for the indictment of Prosecuting Attorney's for malfeasance, misfeasance or neglect of official Duty.

Malfeasance is the doing of an act which is positively unlawful or wrong, and without question, a Prosecuting Attorney Suborning perjured testimony in violation of W. Va. Codes 61-5-1(b), a felony offense, is certainly considered malfeasance.

Further, misconduct in office is any unlawful behavior by a Public officer in relation to the Duties of his office willful in character, Christopher Chiles, the Cabell County Prosecuting Attorney committed Criminalized Prosecutorial misconduct when he Knowingly and intentionally suborned perjured testimony before a Grand Jury

Jurisdiction for Removal of Public Officials for misconduct, misfeasance, malfeasance or neglect of official Duty is Given to the Governor as Chief executive officer of the State

7 A

Plaintiff Further informed The Defendant Governor Jim Justice That The criminalized Prosecutorial misconduct committed by Christopher Chiles and Sean Hammers as Afore described was in fact a clear intentional deprivation of The Plaintiff's constitutional Rights of Procedural Due Process And Equal Protection of law under The Fifth And Fourteenth Amendments of The U.S. Constitution which is A felony criminal offense under 18 U.S.C.S. § 242 And Also § 241.

Plaintiff Pleaded That The Defendant Governor should act immediately in The matters in Three seperate Attempts in having The Defendant Governor Jim Justice correct The Deprivation of The Plaintiff's Due process Rights Suffered by The Criminalized Prosecutorial misconduct committed by The Cabell County Prosecuting Attorney as Professional Ethics obligate All Prosecuting Attorney's After A Trial, To bring To The Attention of The Court All Significant evidence Suggestive of innocence or mitigation That is Acquired After An Accused's conviction, And For over one Year, No Actions have been Taken.

& A

By The Defendant Governor Jim Justice not
Performing his mandatory non discretionary
duty to faithfully execute The laws by
Taking immediate and Appropriate Actions
Against Christopher Chiles and sean
Hammers for The Criminalized Prosecutorial
misconduct which They Committed As
Cabell County Public officials, The Plaintiff
Continues to Suffer Constitutional Due
Process and equal Protection of law violations
under The Fifth and fourteenth Amendments
As if Governor Jim Justice would Take
Appropriate Actions, and bring to The
attention of The Court all The significant
evidence suggestive of innocence of
The Plaintiff never inflicting The multiple
Facial Fractures and major Skull Fracture
upon mc-Clay That resulted in Death
Such mitigation could be argued and
The Plaintiff would no longer Suffer
The Constitutional Deprivations of Procedural
Due process being inflicted by The
Defendant Governor, Jim Justices
inactions in The serious matters
so Presented.

9 A

Further, Notice of Continuing Harm and failure
To exercize one's Power To remedy That
harm can establish Personal involvement
in a deprivation of Rights for purposes
of A 42 U.S.C § 1983 Claim, And such
is imported To The instant Action and
Complaint Respectfully.

RELIEFS SOUGHT?

Plaintiff Seeks Reliefs by The Defendant Governor
in his Official Capacity of Declaratory
Reliefs And Judgment of This Honorable
Court under 28 U.S.C § 2201 And § 2202
And That The Defendant Governor Jim Justice
Take appropriate Actions, including
Criminal, for The Criminalized Prosecutorial
misconduct Committed by Christopher Chiles,
Sean Hammers and Ryan Bentley, And That
There be A Directive issued upon The Cabell County
Circuit Court of All The significant Evidence
Suggestive of innocence of The Plaintiff's
never inflicting The multiple facial fractures
or major Skull fracture upon Mr. Clay That
resulted in Death as was illegally Presented
To obtain A Tainted VOID indictment.

10 A

Plaintiff seeks The Reliefs Against The Defendant
Governor Jim Justice, Jointly And severally
in his Individual Capacity in The Amount of
$100,000.00 Compensatory Damages And The
Amount of $300,000.00 in Punitive Damages
or An Amount so Determined by A Jury
Deemed Appropriate.
Reliefs are sought For The Deprivation of
The Plaintiff's Rights of Procedural Due Process
And Equal protection of law under The
fifth And Fourteenth Amendments of The
United States Constitution Respectfully.

PLAINTIFF'S SECOND CAUSE FOR ACTION

2) Plaintiff's Second case for Action Pursuant To
42 U.S.C. § 1983 is Against Defendant
Patrick Morrisey, Attorney General of
The State of West Virginia in his
official And Individual Capacities As
A person who deprived The Plaintiff
Rights secured by The Constitution
while The Defendant Acted under The
color of State law And beyond The
Property Authority of Such.

11 A

# COMPLAINT

Defendant PATRICK morrisey, Attorney
General of the State of West Virginia
has an Official Duty To uphold The Constitution
of The United States And of The State
of West Virginia and The laws of
such, and To execute Faithfully The
Duties of his Office pursuant to The
West Virginia Constitution, Article 4§5.
The Powers and duties of The attorney General
are specified by Constitution And by Rules
of law prescribed pursuant Thereto, as
a Lawyer and officer of The Courts of West
Virginia, The Defendant attorney General is
subject To The Rules of The Court Governing
The Practice of law and The Conduct of
Lawyers, which have The force and effect
of law, The Defendant attorney General is
mandated To Report Prosecutorial misconduct
and criminal felony offenses which he Knows
a lawyer has committed, especially The
Federal offense under 18 u.s.c. §242 deprivation
of Rights by person under color of law —
and his Refusal To do so is a Deprivation
of Rights and misprision of a felony,
being committed by The Defendant himself.

12 A

Plaintiff presented to The Defendant Attorney
General a clear concise Prima Facie Showing
Supported by A copy of Original medical
Records And Transcripts of The Proceedings
which undeniably Prove And establish That
on June 19th 2012, The Cabell County Prosecuting
Attorney Christopher Chiles, The Cabell
County Assistant Prosecuting Attorney Sean
Hammers And Ryan Bentley a Huntington
City Police officer did commit various
Felony Offenses, Public Official misconduct
And fraud upon The court And did intentionally
Deprive The Petitioner The constitutional
Rights of Due process while acting under
The color of STATE law in violation of
18 U.S.C. § 242 And § 241, when before a
Session of the Cabell County Grand Jury, between
The STATE of West Virginia and Edward
Jesse Dreyfuse, The Defendant in A Grand
Jury Proceeding considering a felony indictment,
Christopher Chiles was in due form of law
Sworn by said court To speak The Truth, The
whole Truth And nothing but The Truth,
Touching on The matters Then And There in
controversy between The STATE of West
Virginia And Edward Jesse Dreyfuse,

13 A

Whereupon, and upon said presentment of
complaint before the Grand Jury considering
a felony indictment, it became then and
there a material question to said issue upon
the Grand Jury proceedings, whether
Edward Jesse Dreyfuse did cause the Death
and murder of Otis Clay, by inflicting
injuries resulting in Death, and to this
material matter, Christopher Chiles under
the assistance of Sean Hammers, did procure,
present and suborn the perjured testimony
of Ryan Bentley, who did then and there
willfully, falsely, corruptly and feloniously
testify and say, in substance and effect,
that Mr. Edward Jesse Dreyfuse did beat Mr. Otis
Clay with a Baseball bat about the face
and head... causing multiple facial fractures
and a major skull fracture... resulting in
Mr. Clay's slipping into a coma until he
died as a result of the injuries described
as material matters of evidence, whereas,
the said Christopher Chiles, Sean Hammers
and Ryan Bentley, in truth and in fact
well knew that the said statements and
testimony of Ryan Bentley was false,
fabricated and impossible according to the State's
Autopsy Report and Medical Records,

14 A

which were in the STATE's possession prior to,
and during The Grand Jury Proceedings, which
clearly show and establish That no multiple
Facial Fractures or major skull Fracture was
ever inflicted upon, or suffered by mr. Clay,
nor did mr. Clay slip into A coma until
he died As A result of Those Non-existing
injuries As was presented as material matters
by Christopher Chiles suborning The perjured
Testimony of Ryan Bentley, Against The Peace
and dignity of The STATE by Christopher
Chiles committing The Felony Offense
of subornation of perjury pursuant to
W.VA. CODE § 61-5-1 (b), And also The
Federal Criminal offense under 18 U.S.C.§ 242,
by Deprivation of The U.S. constitutional
Rights of Due process under The Fifth
and Fourteenth Amendments which
clearly occured As subornation of perjury
by a prosecuting Attorney is a violation
of Due process of law under The Afore
stated Constitutional Amendments.

15 A

Plaintiff did request That The Defendant Attorney
General Patrick Morrisey, As An Officer Of
The Courts and a State Official Who is
Sworn To uphold The U.S. Constitution, The
W.VA. State constitution and The Law, and
also as a Lawyer whom has a Duty To
conform his conduct To That prescribed by
The W.VA. Rules of Professional Conduct
And Ethics, To Take immediate and
Appropriate Actions For The criminalized
Prosecutorial misconduct, Subornation
of perjury, Deprivation of Rights Under
Color of Law, Fraud Upon The Court and
Lawyer misconduct as was committed by
Christopher Chiles, Sean Hammers and
Ryan Bentley as Before Described And
Propperly Presented To The Defendant:

Defendant Attorney General Patrick Morrisey
Refused To Take Any Actions or To Report
The illegal misconduct To Any Proper
Authorities Pursuant To 18 U.S.C. § 4 of
The Offense of 18 U.S.C. § 242 being Committed
As The Subornation of Perjury by A Prosecuting
Attorney is A Violation of Due process Under
The U.S. Constitutions Fifth and Fourteenth
Amendments.

16 A

Accordingly, The Defendant Attorney General Further Refuses To Abide by The W. VA. Rules of Professional Conduct, specifically, Rule 8.3, As A lawyer who Knows That Another lawyer has committed A violation of The Rules of professional Conduct That raises A substantial Question As To That lawyer's Honesty, Trustworthiness, or Fitness As A lawyer in Other Respects, shall inform The Appropriate Authority.

Christopher Chiles and sean Hammers have clearly violated state law, Federal law and have intentionally Deprived The Plaintiff his Constitutional Rights of Due process under The Fifth and Fourteenth Amendments, clearly such stands As misconduct under The W. VA. Rules of professional Conduct under Rule 8.4, As it is Professional misconduct for a lawyer To: (c) engage in Conduct involving dishonesty, fraud, deceit or misrepresentation; And (d) engage in Conduct That is prejudicial To The Administration of Justice, without Question The subornation of perjury by A Prosecuting Attorney is Conduct involving dishonesty, Fraud and deceit And certainly is prejudicial To The Administration of Justice

17 A

Plaintiff has presented an Application to
Present complaint to the Grand Jury for
The felony criminal offenses committed
by christopher chiles, sean Hammers
and Ryan Bentley for subornation of perjury
And perjury which was committed
pursuant to w.va codes 61-5-1 A, and B,
under the provisions of the w.va. State
constitution, Article III § 17, A procedural
due process Right, in which the Defendant
Attorney General Patrick morrisey by
an Assistant is Arguing the Plaintiff
has no such legal Right, further
Depriving the Plaintiff's Constitutional
Rights of Due process under the color
of law.
By the Defendant Attorney General Patrick
morrisey's Refusal to take appropriate
Actions for the caminalized prosecutorial
misconduct in which he is fully aware
of being committed, the Defendant is
Depriving your Plaintiff the Rights
of Due process and Equal protection of law
under the fifth and fourteenth Amendments
of the u.s. constitution.

18 A

By The Defendant Attorney General Patrick
Morrisey's not Abiding by The U.S. Constitution,
Federal law and The W.VA. Rules of
Professional Conduct, he is in FACT Violating
The Plaintiff's U.S. Constitutional Rights
of Due Process under The Fifth and
Fourteenth Amendments, as if he would
Comply with The laws and Constitution
As A person who is Aware of The Plaintiff's
being Deprived his Rights by The Criminal
Conduct of Christopher Chiles and Sean
Hammers, and Report The various
felony Offenses, Constitutional Violations
and Professional misconduct, Then
The Ethical Obligations That All Prosecuting
Attorney's After A Trial, To bring TO The
Attention of The Court All significant
evidence Suggestive of innocence
or mitigation That is Argued After An
Accused's Conviction would be performed
And The Plaintiff's Constitutional Rights
of Due process would not be Deprived by
The Defendant Refusing The Plaintiff
The right TO Seek Criminal Actions
Against Christopher Chiles, Sean Hammers
And Ryan Bentley for The Criminalized
Prosecutorial misconduct Committed.

19 A

RELIEFS SOUGHT;

Plaintiff seeks the reliefs by the Defendant Attorney in his official capacity of Declaratory Reliefs and Judgment of this Honorable Court under 28 u.s.c § 2201 and § 2202, That the Defendant Attorney General Take appropriate actions, including Reporting The Criminalized Prosecutorial misconduct committed by Christopher Chiles, sean Hammers and Ryan Bentley, including the federal Criminal offenses committed under 188 u.s.c § 242 and § 241, As the subornation of perjury by a prosecuting attorney is a Deprivation of Due process of law under the fifth and fourteenth amendments of the u.s. constitution.

Plaintiff seeks the Reliefs against Defendant Patrick momsey, jointly and severally in his individual capacity in the amount of $ 100,000.00 compensatory Damages and the amount of $ 300,000.00 in punitive Damages, or an amount so determined by a jury Deemed appropriate.

20A

Reliefs are sought for the Deprivations of
The Plaintiff's Rights of Due process
And Equal protection of law under the
Fifth and Fourteenth Amendments of the
U.S. Constitution.  Respectfully.

I, Edward Jesse Dreyfuse Affirm That I present
the Aforegoing as True and Correct under
The Penalty of perjury, by my signature
below, Pursuant To 18 USC § 1746.

E J Dreyfuse _____ / ___ 8/13/2018 _____
Affiant / Plaintiff                    Date executed


Edward Jesse Dreyfuse #3534873
112 N. R. C. Dn.
moundsville WV 26041

31 A